No. 78–1625. STONES *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 78–1627. CRAMER *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 78–1628. HANRAHAN ET AL. *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 78–1631. BERLIN *v.* NATHAN ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 78–1632. R. M. SMITH, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 78–1633. HALLMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–1634. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC *v.* SOLIEN, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD, ET AL. C. A. 8th Cir. Certiorari denied.

No. 78–1637. SHANAHAN *v.* BOARD OF TRUSTEES OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF NEW JERSEY ET AL. Super. Ct. N. J. Certiorari denied.

No. 78–1639. MORRISON ET AL. *v.* STETSON, SECRETARY OF THE AIR FORCE. C. A. D. C. Cir. Certiorari denied.

No. 78–1642. ST. REGIS PAPER CO. *v.* MARSHALL, SECRETARY OF LABOR, ET AL. C. A. 10th Cir. Certiorari denied.

No. 78–1644. KANE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.